IDA SMALL, Suing, etc., v. NEW YORK CENTRAL RAILROAD COMPANY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK CARROLL v. BORDEN'S FARM PRODUCTS COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAYROSA REALTY CORPORATION and Others v. CHARLES H. PARSONS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DELIA REYNOLDS, as Administratrix, etc., v. DALY TRUCKING CORPORATION and THEO C. WOOD, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SYLVIA GREENBERG, an Infant, etc., v. BLOOM & GOLDSTEIN, INC., Impleaded, etc. JOSEPH GREENBERG v. BLOOM & GOLDSTEIN, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH REYNAUD v. WILLIAM J. ROME and Others, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

712 HOLDING CORPORATION v. GREELEY BUILDING CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ALVIN A. JOSEPH and Others v. DENNISTOUN M. BELL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGLO EASTERN TRADING CO., INC., v. NEW TREAD TIRE COMPANY and Another, and SIMPSON RUBBER PRODUCTS CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application for an Order of Certiorari of FRANCESCO MORRONE and Others v. WILLIAM E. WALSH and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. S. & S. CORRUGATED PAPER MACHINERY CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DAVID SIMONS v. GEORGE L. BERRY, as President of the INTERNATIONAL PRINTING PRESSMEN AND ASSISTANTS UNION OF NORTH AMERICA, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PATRICK J. KELLY v. WILLIAM F. RANSOM and Another.— Motion for leave to appeal denied, with ten dollars costs; and motion for a stay granted upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of PHELAN BEALE, as Executor of WALTER LANG, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.